# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-CR-00152-RJC-DSC

| USA, | ) |  |
|---|---|---|
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **THANH LIEN BUI,** | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court upon the Government's Consent Motion to Dismiss, (Doc. No. 42), of the Indictment, (Doc. Nos. 3, 16), as to Thanh Lien Bui, without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 42), is **GRANTED** and the Indictment, (Doc. Nos. 3, 16), is **DISMISSED** as to Thanh Lien Bui, without prejudice.

Signed: November 10, 2014

Robert J. Conrad, Jr.
United States District Judge